## FORSYTH COUNTY HOSPITAL AUTHORITY, INC. v. SALES

No. 551P86.

Case below: 82 N.C. App. 265.

Petition by defendant (Jessie Lynch) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## HAGER v. HARRIS

No. 483P86.

Case below: 81 N.C. App. 678.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## HARMON v. PUBLIC SERVICE OF N.C., INC.

No. 461P86.

Case below: 81 N.C. App. 482.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## IN RE BABY BOY SCEARCE

No. 495P86.

Case below: 81 N.C. App. 531.

Petition by Durham County Department of Social Services for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## IN RE BABY BOY SCEARCE

No. 496P86.

Case below: 81 N.C. App. 662.

Petition by Durham County Department of Social Services for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.